**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00755-JLK

TAMERA L. COOPER,

    Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA,
a/k/a KIT CARSON CORRECTIONS CORPORATION OF AMERICA,

    Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

THE COURT having reviewed the Stipulated Motion To Dismiss (Doc. 41) pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay their own attorneys' fees and costs.

BY THE COURT:

February 11, 2016
DATE

_John L. Kane_
John L. Kane
Senior U.S. District Court Judge